# EXHIBIT 4

**From:** Jeremy Schulman <schulman96@gmail.com>
**Sent:** Saturday, May 20, 2017 4:07 PM
**To:** USClaimNoticeBH@axiscapital.com
**Cc:** patrick.donohue@mendes.com; shurwitz@alliant.com; Butler, Paul <pbutler@akingump.com>; Woodward, Stanley <Stanley.Woodward@akingump.com>; Chastang, Melissa <mchastang@akingump.com>
**Subject:** Correspondence Relating to Insurance Claim

To whom it may concern,

I am writing in connection with AXIS Surplus Insurance Company Policy No. EBN 782641/01/2016 and Endurance American Specialty Ins. Co. Policy No. LPL10005398002 (the "Policies"). These are insurance policies issued to Shulman, Rogers, Gandal, Pordy & Ecker, P.A. (the "Firm"). I am an equity shareholder in Shulman Rogers and thus an insured under the Policies.

I have been advised by the Firm that it has timely tendered a claim on my behalf in connection with a certain U.S. Department of Justice investigation, of which the Firm was notified by its receipt of a grand jury subpoena issued in the U.S. District Court for the District of Maryland in late January 2017. The Firm has further advised me that the insurance carriers (e.g., Axis and Endurance), under the Policies, have agreed to reimburse me for "70% of defense fees incurred with respect to Akin Gump," which is the law firm I have engaged to represent me in connection with the investigation and any related proceedings. I have further been informed that the carriers have agreed to "pay reasonable expert fees, subject to prior approval of the retention…." I understand that the carriers have specially reserved rights to deny coverages under the insurance policy based on the definition of "Loss" and specified "Exclusions" including criminal or dishonest conduct "if evidenced by any judgement, final adjudication, alternative dispute resolution proceeding or written admission by an Insured."

Although I have been advised of the carriers' agreements as stated above, the Firm has not provided me with any written documentation evidencing them. Nor have they provided me with information as to whom we should be in contact with at the carriers to ensure timely payment of Akin Gump's fees and expenses.

Accordingly, please treat this email as my effort to establish a direct line of communication with the carriers concerning the pending claim and my request for copies of all correspondence

1

concerning the claim and confirmation of the payment agreement referenced above. Please also advise me of who the appropriate contact person is so that we may properly route Akin Gump's bills for prompt payment.

Thank you,

Jeremy W. Schulman
301-693-3273
schulman96@gmail.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.