IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JEREMY W. SCHULMAN,**<br>　　　　　　**Plaintiff,**<br><br>vs.<br><br>**AXIS SURPLUS INSURANCE COMPANY, ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, and PROSIGHT SYNDICATE 1110 AT LLOYD'S,**<br>　　　　　　**Defendants.** | Civil Action No.: 8:21-cv-1252 -PWG<br><br>Judge Paul W. Grimm |

**[PROPOSED] ORDER GRANTING DEFENDANT PROSIGHT SYNDICATE 1110 AT LLOYD'S' CROSS-MOTION FOR SUMMARY JUDGMENT**

Having considered Defendant ProSight Syndicate 1110 at Lloyd's' Cross-Motion for Summary Judgment, any opposition thereto, and the entire record herein, it is **ORDERED** that Defendant ProSight Syndicate 1110 at Lloyd's' Motion is **GRANTED.** Plaintiff's action against ProSight Syndicate 1110 at Lloyd's is hereby **DISMISSED.**

**SO ORDERED** this _____ day of _____, 2021.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**HONORABLE PAUL W. GRIMM**