## **CERTIFICATE OF SERVICE**

      I, Marc R. Kamin, Esquire, hereby certify that on the 28th day of July, 2021, ProSight Syndicate 1110 at Lloyd's' Cross-Motion for Summary Judgment and Brief in support thereof was filed with the Court and that notice of same will be provided and a copy of the filing will be made available for viewing and downloading via this Court's CM/ECF system.

                                                                */s/ Marc R. Kamin*
                                                                Marc R. Kamin