IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEREMY W. SCHULMAN, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 8:21-cv-1252-PWG |
| AXIS SURPLUS INSURANCE COMPANY, ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, and PROSIGHT SYNDICATE 1110 AT LLOYD'S, | § § § § § § § § | |
| Defendants. | § | |

**DECLARATION OF JILLIAN M. RAINES IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT, AND COMBINED OPPOSITION TO DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND DEFENDANT PROSIGHT'S MOTION FOR SUMMARY JUDGMENT ON <u>ISSUES SPECIFIC TO PROSIGHT</u>**

Pursuant to 28 U.S.C. § 1476, I, Jillian M. Raines, hereby declare as follows:

1. I am a partner with the law firm Cohen Ziffer Frenchman & McKenna LLP, and counsel for Plaintiff Jeremy W. Schulman ("Plaintiff") in the above-referenced action. I have personal knowledge of the facts stated in this declaration, which I submit in support of Plaintiff's reply memorandum of law in further support of Plaintiff's Motion for Partial Summary Judgment, and combined opposition to Defendants' Cross-Motion for Summary Judgment and Defendant ProSight's Motion for Summary Judgment on Issues Specific to ProSight.

2. Attached as **Exhibit A** is a true and correct copy of "Akin Gump Invoices Through June 30, 2021," a summary compilation listing Akin Gump Strauss Hauer & Feld LLP invoices for services rendered through June 30, 2021, which was produced in this action bearing

Bates number SCHUL0000001.

Under penalty of perjury, I declare that the foregoing is true and correct to the best of my knowledge.

Dated: New York, New York  
       August 11, 2021

By: _____  
Jillian M. Raines *(Admitted pro hac vice)*

COHEN ZIFFER FRENCHMAN &  
MCKENNA LLP  
1350 Avenue of the Americas, 25th Floor  
New York, NY 10019  
(212) 584-1890  
(212) 584-1891  
jraines@cohenziffer.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served electronically on all counsel of record via operation of the Court's electronic filing system and by electronic mail on August 11, 2021.

*/s/  Jeffrey M. Schwaber*
Jeffrey M. Schwaber (Bar # 06095)

# **EXHIBIT A**

CONFIDENTIAL

AKIN GUMP INVOICES
THROUGH JUNE 30, 2021

| Bill # | Date | Services Thru | Client | Matter | Client Name | Matter Name | Fees Billed | Disb Billed | Total Billed | Total AR | Payments Received from Insurers |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1702041 | 5/26/2017 | 1/31/2017 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 7,287.05 | $ - | $ 7,287.05 | $ 2,186.11 | $ 5,100.94 |
| 1704634 | 5/26/2017 | 2/28/2017 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 43,140.95 | $ 494.05 | $ 43,635.00 | $ 11,286.46 | $ 32,348.54 |
| 1716825 | 5/26/2017 | 3/31/2017 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 27,156.70 | $ 278.57 | $ 27,435.27 | $ 8,230.59 | $ 19,204.68 |
| 1716828 | 5/25/2017 | 4/30/2017 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 68,672.80 | $ 15.13 | $ 68,687.93 | $ 20,950.16 | $ 47,737.77 |
| 1720740 | 6/23/2017 | 5/31/2017 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 174,107.25 | $ 195.78 | $ 174,303.03 | $ 52,232.17 | $ 122,070.86 |
| 1731045 | 9/6/2017 | 6/30/2017 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 137,433.57 | $ 23,356.44 | $ 160,790.01 | $ 53,079.67 | $ 107,710.34 |
| 1731044 | 9/6/2017 | 7/31/2017 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 12,516.69 | $ 215.10 | $ 12,731.79 | $ 3,819.54 | $ 8,912.25 |
| 1732509 | 9/29/2017 | 8/31/2017 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 5,841.21 | $ - | $ 5,841.21 | $ 1,752.36 | $ 4,088.85 |
| 1737587 | 12/6/2017 | 10/31/2017 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 70,962.69 | $ 7,022.08 | $ 77,984.77 | $ 21,288.81 | $ 56,695.96 |
| 1748631 | 12/6/2017 | 11/30/2017 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 33,578.84 | $ - | $ 33,578.84 | $ 10,073.65 | $ 23,505.19 |
| 1754382 | 1/29/2018 | 12/31/2017 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 46,351.35 | $ 21,211.08 | $ 67,562.43 | $ 13,905.40 | $ 53,657.03 |
| 1756954 | 2/21/2018 | 1/31/2018 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 25,720.00 | $ 184.26 | $ 25,904.26 | $ 7,716.00 | $ 18,188.26 |
| 1762736 | 3/16/2018 | 2/28/2018 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 27,044.00 | $ 39.33 | $ 27,083.33 | $ 8,113.20 | $ 18,970.13 |
| 1766242 | 4/18/2018 | 3/31/2018 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 39,285.00 | $ 105.17 | $ 39,390.17 | $ 11,762.64 | $ 27,627.53 |
| 1773709 | 5/24/2018 | 4/30/2018 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 62,614.00 | $ 66.19 | $ 62,680.19 | $ 18,807.06 | $ 43,873.13 |
| 1776938 | 6/26/2018 | 5/31/2018 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 63,880.00 | $ - | $ 63,880.00 | $ 21,615.05 | $ 42,264.95 |
| 1783193 | 8/22/2018 | 6/30/2018 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 58,363.50 | $ 2,646.18 | $ 61,009.68 | $ 17,885.05 | $ 43,124.63 |
| 1788108 | 8/22/2018 | 7/31/2018 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 38,773.00 | $ 139.47 | $ 38,912.47 | $ 11,255.90 | $ 27,656.57 |
| 1790413 | 9/17/2018 | 8/31/2018 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 13,940.50 | $ - | $ 13,940.50 | $ 4,182.15 | $ 9,758.35 |
| 1794685 | 10/15/2018 | 9/30/2018 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 6,032.50 | $ - | $ 6,032.50 | $ 1,809.75 | $ 4,222.75 |
| 1803429 | 11/19/2018 | 10/31/2018 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 23,459.00 | $ - | $ 23,459.00 | $ 7,037.70 | $ 16,421.30 |
| 1805555 | 11/30/2018 | 11/30/2018 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 588.50 | $ - | $ 588.50 | $ 176.55 | $ 411.95 |
| 1811527 | 3/31/2019 | 12/31/2018 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 3,105.00 | $ 7.83 | $ 3,112.83 | $ 933.84 | $ 2,178.99 |
| 1815252 | 3/31/2019 | 1/31/2019 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 2,463.00 | $ 0.47 | $ 2,463.47 | $ 739.04 | $ 1,724.43 |
| 1823158 | 3/31/2019 | 2/28/2019 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 140.00 | $ - | $ 140.00 | $ 42.00 | $ 98.00 |
| 1823949 | 4/10/2019 | 3/31/2019 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 5,370.00 | $ 4,467.65 | $ 9,837.65 | $ 1,611.00 | $ 8,226.65 |
| 1834297 | 6/17/2019 | 5/31/2019 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 4,667.50 | $ - | $ 4,667.50 | $ 4,667.50 | $ - |
| 1865388 | 9/1/2019 | 7/31/2019 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 9,275.00 | $ - | $ 9,275.00 | $ 2,554.30 | $ 6,720.70 |
| 1864726 | 12/16/2019 | 11/30/2019 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 990.00 | $ - | $ 990.00 | $ 297.00 | $ 693.00 |
| 1872733 | 2/21/2020 | 1/31/2020 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 2,447.00 | $ - | $ 2,447.00 | $ 2,447.00 | $ - |
| 1876053 | 3/16/2020 | 2/29/2020 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 234.00 | $ - | $ 234.00 | $ 234.00 | $ - |
| 1880925 | 4/10/2020 | 3/31/2020 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 2,051.00 | $ - | $ 2,051.00 | $ 2,051.00 | $ - |
| 1883989 | 5/7/2020 | 4/30/2020 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 292.50 | $ - | $ 292.50 | $ 292.50 | $ - |
| 1889260 | 6/9/2020 | 5/31/2020 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 212.00 | $ - | $ 212.00 | $ 63.60 | $ 148.40 |
| 1897596 | 8/13/2020 | 7/31/2020 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 591.50 | $ - | $ 591.50 | $ 177.45 | $ 414.05 |
| 1907233 | 10/26/2020 | 9/30/2020 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 55,743.00 | $ 139.58 | $ 55,882.58 | $ 55,882.58 | $ - |
| 1911876 | 11/18/2020 | 10/31/2020 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 109,559.50 | $ 65.29 | $ 109,624.79 | $ 109,624.79 | $ - |
| 1926223 | 12/18/2020 | 11/30/2020 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 40,288.00 | $ 188.80 | $ 40,476.80 | $ 40,476.80 | $ - |
| 1926224 | 3/10/2021 | 12/31/2020 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 195,922.50 | $ - | $ 195,922.50 | $ 195,922.50 | $ - |
| 1933472 | 4/30/2021 | 1/31/2021 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 227,513.50 | $ 1,858.49 | $ 229,371.99 | $ 229,371.99 | $ - |
| 1933473 | 4/30/2021 | 2/28/2021 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 220,499.50 | $ 362.76 | $ 220,862.26 | $ 220,862.26 | $ - |
| 1933479 | 4/30/2021 | 3/31/2021 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 183,233.00 | $ 71.88 | $ 183,304.88 | $ 183,304.88 | $ - |
| 1938845 | 6/10/2021 | 4/30/2021 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 174,934.50 | $ - | $ 174,934.50 | $ 174,934.50 | $ - |
| 1938846 | 6/10/2021 | 5/31/2021 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 170,910.50 | $ - | $ 170,910.50 | $ 170,910.50 | $ - |
| 1942435 | 7/8/2021 | 6/30/2021 | 697903 | 1 | JEREMY W. SCHULMAN | INVESTIGATION BY THE USDA FOR THE DISTRICT OF MARYLAND | $ 165,925.00 | $ 1,828.37 | $ 167,753.37 | $ 167,753.37 | $ - |
| | | | | | | TOTALS | $ 2,563,116.60 | $ 64,959.95 | $ 2,628,076.55 | $ 1,874,320.37 | $ 753,756.18 |

SCHUL0000001