**STEIN SPERLING**
BENNETT · DE JONG · DRISCOLL PC
ATTORNEYS AT LAW

JEFF SCHWABER
ATTORNEY AT LAW
PRINCIPAL

1101 Wootton Parkway
Suite 700
Rockville, Maryland 20852

301-838-3210 direct
301-340-2020 main
301-354-8110 direct fax

jschwaber@steinsperling.com
www.steinsperling.com

September 7, 2021

Honorable Lydia Kay Griggsby
United States District Court for the District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland 20770

RE: *Jeremy W. Schulman v. AXIS Surplus Insurance Company et al.*,
**Case No. 8:21-cv-01252**

Dear Judge Griggsby:

We write on behalf of Plaintiff Jeremy W. Schulman ("Mr. Schulman") with consent of all counsel, to request an initial status conference with Your Honor to discuss:

a) the parties' respective pending summary judgment motions (Dkt. Nos. 35-36, 39-42) and the parties' joint request for oral argument regarding same; and

b) the parties' joint proposed modifications to the Scheduling Order (Dkt. Nos. 32) (enclosed herewith) to extend certain deadlines, including those for discovery, the nature and extent of which may be refined by resolution of the parties' pending motions.  To that end, the parties enclose herewith a Stipulation and [Proposed] Amended Scheduling Order you're your Honor's consideration.

We thank the Court for its attention to this matter.

Respectfully,

*Jeffrey M. Schwaber/EAZ*

Jeffrey M. Schwaber, Esq.

cc: All counsel of record (via ECF)