IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEREMY W. SCHULMAN, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: 8:21-cv-1252-LKG |
| AXIS SURPLUS INSURANCE COMPANY, ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY and PROSIGHT SYNDICATE 1110 AT LLOYD'S, | * * * | |
| Defendant | * | |

## STIPULATION AND [PROPOSED] AMENDED SCHEDULING ORDER

Whereas, Plaintiff Jeremy W. Schulman ("Plaintiff") and Defendants AXIS Surplus Insurance Company, Endurance American Specialty Insurance Company and Prosight Syndicate at 1110 at Lloyd's (collectively, "Defendants," with Plaintiff, the "Parties") appeared before this Court on July 22, 2021 for an initial status conference regarding the initial proposed Scheduling Order (Dkt. No. 32) entered in this case;

Whereas, the Parties were directed to meet and confer regarding any proposed or required modifications to the Scheduling Order, including those the Parties believe necessary on account of the parties' respective proposed motions for summary judgment;

Whereas, following the initial conference, the Parties have fully briefed their respective motions for summary judgment;

Whereas, the Parties have met and conferred regarding the initial Scheduling Order (Dkt. No. 32) entered in this case and jointly stipulate to their belief that resolution of their respective motions for summary judgment will impact the necessity and scope of certain discovery in this matter further necessitating modification to the initial Scheduling Order;

Whereas, this is the Parties' first request to extend deadlines and is not intended to cause undue delay or prejudice to any party;

Therefore, the Parties respectfully request that this Court enter this proposed order modifying Section I of the initial Scheduling Order as it relates to expert discovery as follows:

I. DEADLINES

| | |
|---|---|
| November 7, 2021: | Plaintiff's Rule 26(a)(2) expert disclosures. |
| December 7, 2021: | Defendant's Rule 26(a)(2) expert disclosures. |
| December 21, 2021: | Plaintiff's rebuttal Rule 26(a)(2) expert disclosures. |
| January 22, 2022: | Rule 26(e) supplementation of disclosures and responses. |
| February 14, 2021: | Discovery deadline; submission of status report in compliance with § III of this order. |
| February 21, 2021: | Requests for admission. |

COHEN ZIFFER FRENCHMAN & MCKENNA

By: /s/ Robin L. Cohen
Robin L. Cohen (admitted *pro hac vice*)
Jillian M. Raines (admitted *pro hac vice*)
1350 Avenue of the Americas, 25th Floor
New York, NY 10019
(212) 584-1890
(212) 584-1891
rcohen@cohenziffer.com
jraines@cohenziffer.com

WILEY REIN LLP

By: /s/ Charles C. Lemley
Charles C. Lemley (Bar No. 15205)
1776 K Street NW
Washington, DC 20006
(202) 719-7000
(202) 719-7049
clemley@wiley.law

*Attorneys for Defendants AXIS Surplus Insurance Company and Endurance American Specialty Insurance Company*

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

By: /s/ *Jeffrey M. Schwaber*
Jeffrey M. Schwaber (Bar # 06095)
1101 Wootton Parkway
Suite 700
Rockville, MD 20852
(301) 340-2020
(301) 354-8110
jschwaber@steinsperling.com

*Attorneys for Plaintiff Jeremy W. Schulman*

WALKER, MURPHY & NELSON, LLP

By: /s/ *John J. Murphy*
John J. Murphy, Esq. Bar No. 14407
9210 Corporate Boulevard, Suite 320
Rockville, MD 20850
Phone: 301.519.9150
Fax: 301.519.9152
jmurphy@walkermurphy.com

STEWART SMITH

By: /s/ *Marc R. Kamin*
Marc R. Kamin (admitted *pro hac vice*)
300 Four Falls Corporate Center
Suite 670
300 Conshohocken State Rd.
West Conshohocken, PA 19428
(484) 589-5506
(484) 534-9470
mkamin@stewartsmithlaw.com

*Attorney for Defendant ProSight Syndicate 1110 at Lloyd's*

_____
Lydia K. Griggsby, U.S.D.J.