# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| JEREMY W. SCHULMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AXIS SURPLUS INSURANCE )<br>COMPANY, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 21-cv-1252-LKG |

## ORDER

The parties shall participate in a telephonic status conference to discuss this matter on **Thursday, October 7, 2021, at 11:00 a.m. Eastern Time**.

The telephonic status conference will be held *via* AT&T Teleconferencing. The Court will provide the parties *via* email with a call-in number, an access code, and a security code. Participating on the call will be counsel of record for each party.

For Plaintiff:    **Jeffrey M. Schwaber**
Stein Sperling Bennett De Jong Driscoll PC
1101 Wooton Parkway, Suite 700
Rockville, MD  20852
301-340-2020
jschwaber@steinsperling.com

**Jillian M. Raines**
Cohen Ziffer Frenchman and McKenna LLP
1350 Avenue of the Americas, 25th Floor
New York, NY 10019
212-584-1890
jraines@cohenziffer.com

**Robin L. Cohen**
Cohen Ziffer Frenchman and McKenna LLP
1350 Avenue of the Americas, 25th Floor
New York, NY 10019
212-584-1890
ecourts@cohenziffer.com

| | |
|---|---|
| Defendants Axis Surplus and Endurance American Specialty: | **Charles C. Lemley** <br> Wiley Rein LLP <br> 1776 K St NW <br> Washington, DC  20006 <br> 202-719-7000 <br> clemley@wileyrein.com |
| Defendant ProSight Syndicate: | **John J. Murphy, III** <br> Walker, Murphy & Nelson, LLP <br> 9210 Corporate Blvd., Ste 320 <br> Rockville, MD  20850 <br> 301-519-9150 <br> jmurphy@walkermurphy.com |
| | **Marc R. Kamin** <br> Stewart Smith <br> 300 Conshohocken State Road, Suite 670 <br> West Conshohocken, PA  19428 <br> 484-589-5506 <br> mkamin@stewartsmithlaw.com |

**IT IS SO ORDERED.**


Dated:  September 20, 2021                    s/ Lydia Kay Griggsby
                                              LYDIA KAY GRIGGSBY
                                              United States District Judge

2