# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|   |   |
|---|---|
| JEREMY W. SCHULMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AXIS SURPLUS INSURANCE ) <br> COMPANY, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 21-cv-1252-LKG <br><br> Date: October 7, 2021 |

## SCHEDULING ORDER

On October 7, 2021, the parties participated in a telephonic status conference to discuss the status of the case and proposed modifications to the Court's Scheduling Order, dated June 17, 2021. In light of the foregoing, and with the assistance of the parties, the Court hereby **MODIFIES** the Scheduling Order dated June 17, 2021, as follows:

1. Plaintiff's Rule 26(a)(2) expert disclosures — **November 7, 2021**
2. Defendant's Rule 26(a)(2) expert disclosures — **December 7, 2021**
3. Plaintiff's rebuttal Rule 26(a)(2) expert disclosures — **December 21, 2021**
4. Rule 26(e) supplementation of disclosures and responses — **January 22, 2022**
5. Discovery deadline; submission of status report — **February 14, 2022**
6. Requests for admissions — **February 21, 2022**

In addition, the parties shall adhere to the following schedule for the filing of supplemental briefs in support of their cross-motions for summary judgment:

1. Plaintiff's supplemental brief — **October 29, 2021**
2. Defendants' responsive supplemental brief — **November 19, 2021**

The remainder of the Court's Scheduling Order, dated June 17, 2021, shall remain in effect.

**IT IS SO ORDERED.**

                                                   s/ Lydia Kay Griggsby
                                                   LYDIA KAY GRIGGSBY
                                                   United States District Judge