IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEREMY W. SCHULMAN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 8:21-cv-1252-LKG |
| AXIS SURPLUS INSURANCE COMPANY, ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, and PROSIGHT SYNDICATE 1110 AT LLOYD'S, | § § § § § § § | |
| Defendants. | § | |

**SUPPLEMENTAL DECLARATION OF JILLIAN M. RAINES IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to 28 U.S.C. § 1476, I, Jillian M. Raines, hereby declare as follows:

1. I am a partner with the law firm Cohen Ziffer Frenchman & McKenna LLP, and counsel for Plaintiff Jeremy W. Schulman ("Plaintiff") in the above-referenced action. I have personal knowledge of the facts stated in this declaration, which I submit in support of Plaintiff's supplemental memorandum of law in further support of Plaintiff's Motion for Partial Summary Judgment.

2. I searched publicly available information regarding the policy form used in the AXIS Pro Lawyers Professional Liability Insurance Policy No. EBN 782641/01/2016, including through the National Association of Insurance Commissioners System for Electronic Rate and Form Filings ("SERFF") websites: https://filingaccess.serff.com/sfa/home/NY and https://filingaccess.serff.com/sfa/home/MD.

3. Attached as **Exhibit A** is a true and correct copy of AXIS Pro Lawyers Professional Liability Insurance Policy form ALPL-101 NY (03-15) uncovered in my research from the New York SERFF website.

4. Attached as **Exhibit B** is a true and correct copy of AXIS Pro Lawyers Professional Liability Insurance Policy form ALPL-101 (09-14) uncovered in my research from the Maryland SERFF website.

Under penalty of perjury, I declare that the foregoing is true and correct to the best of my knowledge.

Dated: New York, New York
October 29, 2021

By: /s/Jillian M. Raines
    Jillian M. Raines
*(Admitted pro hac vice)*
COHEN ZIFFER FRENCHMAN
& MCKENNA LLP
1350 Avenue of the Americas
25th Floor
New York, New York 10019
(212) 584-1890
(212) 584-1891
jraines@cohenziffer.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served electronically on all counsel of record via operation of the Court's electronic filing system and by electronic mail on October 29, 2021.

/s/ *Jeffrey M. Schwaber*
Jeffrey M. Schwaber (Bar # 06095)