## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JEREMY W. SCHULMAN, ) ) Plaintiff, ) ) v. ) ) AXIS SURPLUS INSURANCE ) COMPANY, *et al.*, ) ) Defendants. ) ) | Civil Action No. 21-cv-1252-LKG  Date: November 19, 2021 |

## AMENDED SCHEDULING ORDER

On November 5, 2021, plaintiff filed a consent motion to modify the discovery deadlines contained in the Court's Scheduling Order, dated October 7, 2021.[1] ECF Nos. 52, 52-1. In the motion, plaintiff states that modifying the discovery deadlines will allow the Court to resolve the pending cross-motions for summary judgment before the parties proceed with discovery, which may refine the nature and scope of necessary discovery. ECF No. 52.

In light of the foregoing, and for good cause shown, the Court **GRANTS** plaintiff's consent motion and, with the assistance of the parties, **MODIFIES** the Scheduling Order, dated October 7, 2021, as follows:

| | |
|---|---|
| Plaintiff's Rule 26(a)(2) expert disclosures | **February 11, 2022** |
| Defendant's Rule 26(a)(2) expert disclosures | **March 11, 2022** |
| Plaintiff's rebuttal Rule 26(a)(2) expert disclosures | **March 25, 2022** |
| Rule 26(e)supplementation of disclosures and responses | **April 22, 2022** |

---

[1] Pursuant to Fed. R. Civ. P. 7(b), "a request for a court order must be made by motion." While plaintiff styled his filing as a stipulation and proposed order, he is requesting modifications to the discovery deadlines contained in the October 7, 2021, Scheduling Order. *See* ECF Nos. 52, 52-1. The parties shall adhere to the requirements of Fed. R. Civ. P. 7(b) in all future submissions to the Court.

| | |
|---|---|
| Discovery deadline; submission of joint status report | **May 13, 2022** |
| Requests for admissions | **May 27, 2022** |

The remainder of the Court's Initial Scheduling Order, dated June 17, 2021, shall remain in effect.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge
